**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BNSF Railway Company; Matthew Kelly McCauley; and Joel Frederick Briggs, | ) No. 05-0386-PHX-DGC ) ) **ORDER** |
| Plaintiffs, | ) |
| vs. | ) |
| The Honorable Joseph Flies Away, in his capacity as the Chief Judge of the Hualapai Tribal Court, et al., | ) ) ) |
| Defendants. | ) ) |

The Court has received Defendants' Motion for Reconsideration of Order Granting Plaintiffs' Motion for Summary Judgment and Permanent Injunctive Relief. Dkt. #148. The motion asks the Court to reconsider its decision to grant a permanent injunction against any proceedings against Plaintiffs in Hualapai Tribal Court. Defendants argue that the Court's order constitutes clear error and is manifestly unjust. *See Sch. Dist. No. 1J, Multnomah Country, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Defendants believe the Court lacks jurisdiction under *Ex Parte Young*, 209 U.S. 123 (1908), because there will be no violation of federal law as Defendants have declared they will dismiss the Sullivan Lawsuit in tribal court. Dkt. #149 at 2-3. Relying on *National Farmers Union Insurance v. Crow Tribe*, 47 U.S. 845, 856 (1985), Defendants also argue that the Court's order does not support tribal self-government. *Id.* at 3. Finally, Defendants assert that the Court's decision

is manifestly unjust because it violates the principle of comity between federal and tribal courts by preventing the Defendants from taking action to dismiss the Sullivan Lawsuit. *Id.* at 3-4.

Motions for reconsideration are disfavored and are not the place for parties to make new arguments not raised in their original briefs and arguments. *See Northwest Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 925-26 (9th Cir. 1988). Nor should such motions ask the Court to rethink what it has already thought. *See United States v. Rezzonico*, 32 F.Supp.2d 1112, 1116 (D. Ariz. 1998) (citing *Above the Belt, Inc. v. Mel Bohannon Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D. Va. 1983)). Defendants' motion asserts arguments previously considered by the Court. Because the Court has not committed clear error and its order (Dkt. #143) was not manifestly unjust, the Court will not reconsider its prior decision.

**IT IS ORDERED** that Defendants' Motion for Reconsideration (Dkt. #148) is **denied**.

DATED this 9th day of November, 2006.

_____
David G. Campbell
United States District Judge