**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| BNSF Railway Company; Matthew Kelly McCauley; Joel Frederick Briggs,<br><br>   Plaintiffs,<br><br>vs.<br><br>The Honorable Chief Judge Joseph Flies Away, in his capacity as Chief Judge of the Hualapai Tribal Court, et al.,<br><br>   Defendants. | No. 05-0386-PHX-DGC<br><br>**ORDER** |

Defendants and Appellants The Honorable Joseph Flies Away, et al., have filed a motion requesting that the Court make part of the record two transcripts that were previously issued in a related case and grant an extension of time in which to make transcript payment arrangements pending the Court's decision on this motion. Dkt. #169. On March 26, 2007, the Court found that six transcripts were relevant to the appeal in this case and ordered Appellants to make payment arrangements for the transcripts by April 9, 2007. Dkt. #168. Because two of the transcripts, from February 3, 2005 and March 3, 2005, were issued by the Clerk of the Court in a related case, the Clerk directed Appellants to request that the Court make these transcripts part of the record in this case. Appellees do not oppose Appellants' motion (Dkt. #170), and the Court will grant the motion to make the above transcripts part of the record in this case.

**IT IS ORDERED:**

1. The transcripts from the February 3, 2005 hearing on the temporary restraining order and the March 3, 2005 hearing on the preliminary injunction are hereby made part of the record in this case.

2. Appellants shall make payment arrangements with the court reporter regarding the transcripts designated by Appellees (Dkt. #167, Ex. 2) by **May 25, 2007**.

DATED this 10th day of May, 2007.

*David G. Campbell*
United States District Judge